175 So. 921

### Clarence COOPER v. STATE.
### 7 Div. 323.

Court of Appeals of Alabama.
June 29, 1937.

PER CURIAM.
Appeal dismissed.

169 So. 907

### Willie COOPER v. STATE.
### 7 Div. 207.

Court of Appeals of Alabama.
Oct. 6, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

167 So. 919

### Fred CORDELL v. STATE.
### 8 Div. 243.

Court of Appeals of Alabama.
March 10, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 915

### Major CORNELIUS v. CITY OF GUNTERSVILLE.
### 8 Div. 174.

Court of Appeals of Alabama.
Feb. 18, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.
Claud D. Scruggs, of Guntersville, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 915

### Alex COWART v. STATE.
### 4 Div. 211.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Appeal dismissed.

173 So. 918

### C. H. COX v. STATE.
### 8 Div. 406.

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

164 So. 915

### W. T. COX v. Ruby STUART.
### 7 Div. 192.

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Appeal dismissed.